**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

SHAUNA MCNUTT,                                                     PLAINTIFF
f/k/a SHAUNA YATES

v.                               NO. 4:13CV00548 JLH

PEI WEI ASIAN DINER, LLC;
P.F. CHANG'S CHINA BISTRO, INC.;
and JOHN DOES 1-5                                               DEFENDANTS

### ORDER OF DISMISSAL

Pursuant to the stipulation of dismissal filed by the parties, this action is hereby dismissed in its entirety with prejudice.

IT IS SO ORDERED this 4th day of August, 2014.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE